## 35697. BYERS v. SHELTON.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED DECEMBER 7, 1979 — DECIDED FEBRUARY 27, 1980.

*Preston L. Holland,* for appellant.
*Lowell H. Hughen, Carol V. Clark,* for appellee.